1

Honorable Thomas S. Zilly

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9 CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,

10

11

12

13

Plaintiffs,

14

        v.

15

JULIUS-STEWART CONSTRUCTION
SERVICES, LLC, a Washington limited liability company; and AMY GUNDLACH, an individual,

16

17

18

Defendants.

Case No. 2:19-cv-01152 TSZ

CARPENTERS TRUSTS' NOTICE OF
VOLUNTARY DISMISSAL OF
ACTION WITHOUT PREJUDICE

19 **TO:        Clerk of Court**

20 **AND TO:    All Interested Parties**

21      Plaintiffs Carpenters Health and Security Trust of Western Washington, Carpenters

22 Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western

23 Washington, Carpenters of Western Washington Individual Account Pension Trust, and

CARPENTERS TRUSTS' NOTICE OF VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE – 1
2:19-cv-01152 TSZ

1700 048 ui141901

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1  Carpenters-Employers Apprenticeship and Training Trust of Western Washington,

2  commonly known as the Carpenters Trusts of Western Washington, give notice that they

3  voluntarily dismiss this action without prejudice against Defendants Julius-Stewart

4  Construction Services, LLC and Amy Gundlach.  The parties have settled this matter, the

5  terms of which are secured by a Confession of Judgment in the Carpenters Trusts' favor.

6       Dated: September 14, 2019.

7                          s/  Jeffrey G. Maxwell
                           Jeffrey G. Maxwell, WSBA #33503
8                          McKENZIE ROTHWELL BARLOW
                             & COUGHRAN, P.S.
9                          1325 Fourth Avenue, Suite 910
                           Seattle, Washington 98101
10                         (206) 224-9900
                           jeffreym@mrbclaw.com
11
                           Counsel for the Carpenters Trusts of Western
12                         Washington

13

14

15

16

17

18

19

20

21

22

23

CARPENTERS TRUSTS' NOTICE OF VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE – 2
2:19-cv-01152 TSZ

1700 048 ui141901

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1

**CERTIFICATE OF SERVICE**

2   I certify that on Saturday, September 14, 2019, I caused the *Carpenters Trusts'*

3   *Notice of Voluntary Dismissal of Action Without Prejudice* to be filed with the Clerk of

4   Court and served via CM/ECF on:

5       *For Defendants Julius-Stewart Construction Services, LLC and Amy Gundlach*
         None; no appearances

6

7   Dated:  September 14, 2019.

                                   s/  Jeffrey G. Maxwell
8                                  Jeffrey G. Maxwell, WSBA #33503

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900